46 So.3d 1235 (2010)
Franklin VASQUEZ, Appellant,
v.
YII SHIPPING COMPANY LIMITED, Appellee.
No. 4D09-3220.
District Court of Appeal of Florida, Fourth District.
November 17, 2010.
Michael A. Winkleman, Carlos F. Llinas and Charles R. Lipcon of Lipcon, Margulies & Alsina, P.A., Miami, for appellant.
Robert C. Weill, Robert D. Peltz and Carol L. Finklehoffe of Mcintosh, Sawran, Peltz & Cartaya, P.A., Fort Lauderdale, for appellee.
PER CURIAM.
Affirmed. See Kinney System, Inc. v. Continental Ins. Co., 674 So.2d 86 (1996).
HAZOURI, CIKLIN and LEVINE, JJ., concur.